UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Banner Life Insurance Company,<br><br>               Plaintiff,<br><br>v.<br><br>Maxwell Bultman, Jake Lester, and<br>Andrea LiBrizzi,<br><br>               Defendants. | Civ. No. 22-0605 (JWB/DJF)<br><br>**ORDER** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Dulce J. Foster. Defendant Andrea LiBrizzi filed an objection to the Report and Recommendation. (Doc. No. 79.)

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Andrea LiBrizzi's objection (Doc. No. 79) is **OVERRULED**;

2. The Report and Recommendation (Doc. No. 75) is **ACCEPTED**; and

3. Defendant's Motion for Leave to File a Third-Party Complaint (Doc. No. 61) is **DENIED**.

Dated: February 2, 2023             *s/ Jerry W. Blackwell*
                                                  JERRY W. BLACKWELL
                                                  United States District Judge